# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CATHERINE D. GALLOWAY BENITEZ**
a/k/a **CATHERINE BENITEZ** and **MICHAEL BENITEZ,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON TRUST COMPANY, NA, SUCCESSOR TO THE BANK OF NEW YORK TRUST COMPANY, NA,** as trustee, **FOR THE CHASE MORTGAGE FINANCE CORPORATION MULTI-CLASS MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-86,**
Appellee.

No. 4D18-1106

[February 21, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE-17-001645.

Bart A. Houston of The Houston Firm, P.A., Fort Lauderdale, for appellants.

Allison Morat of Pearson Bitman LLP, Maitland, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***